# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE LEE MYERS, | No. 4:25-CV-02258 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN FCI-SCHUYLKILL, | |
| Respondent. | |

## ORDER

**AND NOW**, this 19th day of February 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Ronnie Lee Myers' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** in part and **DENIED** in part.

2. Myers' petition, to the extent it attempts to challenge his underlying convictions or sentence, is **DISMISSED** for lack of jurisdiction.

3. Myers' petition, to the extent it seeks FSA eligibility, is **DENIED**.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge